United State District Court
Eastern District of Louisiana

Henderson Ford                                   Civil Action

vs                                               Case No 18-5685

Alabella Casa Da Pasta                           SECT. E MAG. 1

## Complaint

### Jurisdiction

American with Disabilities Act of 1990, 42:12181 and 42:12182

### Supplemental Jurisdiction

Louisiana Civil Right for Person with Disabilities Act R.S. 46:2253 and R.S. 46:2250(b)

### Parties

Plaintiff Henderson Ford

Defendant Alabella Casa Da Pasta

Fee Paid
Process
Dktd
CtRmDep
Doc. No.

## Complaint

(1) Plaintiff contends that on or about February 28, 2018 Plaintiff try to go into Alabama Casa Da Rosta but was denied access to the business because the business do not have a handicap ramp for a person in a wheelchair.

(2) Plaintiff contends that he is handicap because his right leg is cutoff (6) inches below his knee.

(3) On March 1, 2018 Plaintiff mailed to the Defendant a Notice of Action, explaining to the Defendant how he is violating the Americans with Disabilities Act

(4) Plaintiff contend that the Defendant never answer or respond to the Notice of Action

(5) Plaintiff contend that the Defendant denied Plaintiff to the service, goods and his enjoyment of life to go freely in and out of places of public accommodation

## Relief

(6) The Defendant to pay all court cost.

(7) Plaintiff request trial by jury

(8) The Defendant to pay plaintiff Twenty-Five Thousand dollars ($25,000.00) for denying him his enjoyment of life

(9) The Defendant to pay plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under American with Disabilities Act.

(10) The Defendant to pay plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under Louisiana civil rights for person with Disabilities Act

(11) Plaintiff be awarded cost

Thus done on this date of 6-4-18

Respectfully submitted
Henderson Ford
Henderson Ford
2446 N. Dorgenois St Apt C
New Orleans, LA 70117
(504) 900-5820