UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENDERSON FORD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5685** |
| **ARABELLA CASA DA PASTA** | **SECTION "E" (1)** |

### ORDER DISMISSING CASE

On October 4, 2018, the Court issued an order directing plaintiff, within twenty days, to move for an entry of default under Rule 55 of the Federal Rules of Civil Procedure against defendant Arabella Casa Da Pasta or show good cause why this defendant should not be dismissed for failure to prosecute (R. Doc. 9).

As of this date, the record does not reflect that either a motion for entry of default or a response to the show cause order previously issued by this Court has been filed by the plaintiff as directed by the Court.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with this Court's order.

New Orleans, Louisiana, this 2nd day of November, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**